| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 0206/5:92CR00035-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Jaime A. Davidson | DISTRICT Northern District of New York | DIVISION SYRACUSE |
|---|---|---|
| | NAME OF SENTENCING JUDGE Hon. Glenn T. Suddaby | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 01/20/2021    TO 01/19/2026 |

OFFENSE

21 U.S.C. § 846 & 841    Conspiracy to Distribute Cocaine

21 U.S.C. § 841 (a)(1) & 18 U.S.C. § 2    Distribute Cocaine

18 U.S.C. §§ 111, 1114 & 2    Murder of DEA Agent

21 U.S.C. § 848(e)(1)(B) & 18 U.S.C. § 2    Murder of DEA Agent in furtherance of Drug Conspiracy

18 U.S.C. § 924(c)(1)(2)    Use of Firearm during Drug Trafficking Crime

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **"Northern District of New York"**

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2/11/2021
*Date*

*(signature)*
Hon. Glenn T. Suddaby
Chief U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Middle District of Florida

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*            *United States District Judge*