**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  v.                                              Case No: 6:21-cr-35-CEM-DCI

**JAIME A. DAVIDSON**

    **Defendant.**

_____/

**MOTION TO STAY FINAL REVOCATION HEARING OR, IN THE ALTERNATIVE, MOTION TO STAY SENTENCING HEARING**

The Defendant, Jamie A. Davidson (Davidson), through undersigned counsel, moves this Honorable Court to enter its order staying the final revocation hearing in the instant case until Davidson has had the opportunity to pursue the appeal of his state court conviction, in case number: 2023-CF-004092-A-O.  The facts in said case form the only basis for the violation of supervised release in the instant case.  Alternatively, if this Honorable Court chooses to move forward with the final revocation hearing, the undersigned requests that this Court delay imposition of sentence until the Florida Sixth District Court of Appeals (6th DCA) hears and decides Davidson's state court conviction of the conduct which gives rise to the violation in the instant case.

The undersigned understands this is an unusual request, but this is an unusual case.  As grounds in support of this motion, the undersigned would state the following:

1. Jaime A. Davidson, is charged with violating his supervised release in the above case. As the Court is aware, Davidson was originally convicted, in the Northern District of New York, and was sentenced to life imprisonment. On January 19, 2021, after serving approximately 29 years in federal prison, his sentence was commuted to time served. On January 20, 2021, Davidson began serving his five-year term of supervised release. On February 11, 2021, the jurisdiction of Davidson's case was transferred to the Middle District of Florida. His supervision in the district commenced on March 4, 2021.

2. While on supervised release since January 20, 2021, Davidson has excelled in all areas of supervision. He has been successfully employed while on release and does not use drugs or alcohol. While on supervision, Davidson volunteered for participation in this District's Re-Entry Court Program. While in the Intensive Re-entry Program (IRP), Davidson was enrolled in substance abuse and Moral Reconation Therapy sessions and monthly individual sessions. Davidson excelled while involved in the Re-Entry Court Program and successfully completed the program.

3. On March 31, 2023, Davidson was arrested by the State of Florida and was charged with a felony domestic violence charge and a misdemeanor battery charge. Both charges arose out of the same allegation. Davidson was charged in the Ninth Judicial Circuit, case number: 2023-CF-004092-A-O.

4. On April 18, 2023, the United States Probation Office for the Middle District of Florida filed a petition for violation of supervised release. Said petition alleged that Davidson violated the terms of his supervised release by committing the crimes that were alleged by the State of Florida in case number: 2023-CF-004092-A-O. *See* attached, exhibit A. There have been no other allegations of Davidson violating his supervised release. For over one year, during the pendency of his state case, Davidson remained on his supervised release conditions. During that time frame, he successfully adhered to his conditions of release.

5. On May 14, 2024, Davidson went to trial in the Orange County, State of Florida charges in case number: 2023-CF-004092-A-O. On May 15, 2024, he was found not guilty of the felony domestic violence charge in case number: 2023-CF-004092-A-O. *See* attached, Exhibit B. The jury found Davidson guilty of the misdemeanor count charged in count two of said Information. *See* attached, Exhibit C. Davidson was taken into state custody after the verdict. On May 23, 2024, Davidson was sentenced to 90 days in jail on the misdemeanor battery charge and one year of probation. *See* attached, Exhibits E & F. Davidson is due to be released from state custody on July 27, 2024.

6. That, on June 7, 2024, Davidson filed a notice of appeal in case number: 2023-CF-004092-A-O. Davidson is appealing his conviction in said

3

case. *See* attached notice of appeal, Exhibit G..

7. Davidson is requesting that this Court continue the final revocation hearing in this case until after the Sixth District Court of Appeals renders a decision in the related state case.

8. There is only one alleged violation in this case, that is the new criminal conduct which was charged in Orange County case number: 2023-CF-004092-A-O. There have been no other alleged violations of Davidson's supervised release.

9. In appealing his conviction, Davidson's State of Florida lawyer is required to file a document called "Statement of Judicial Acts to be Reviewed". Davidson's state lawyer filed such a pleading and alleged five acts of the lower tribunal which Davidson's lawyers claim are error. *See* attached, Exhibit H. The fourth listed judicial act (the lower court procedurally erred in the inconsistent verdict) is of particular importance here. The State Criminal Information alleged that Davidson knowingly and intentionally impeded the normal breathing or circulation of the alleged victim. Exhibit A. This specific touching of the alleged victim is the only specific touching alleged in Count One of the Indictment. However, the verdict form in Count One clearly indicated that the jury considered the felony Domestic Violence Battery charge and the lesser included offense of Battery before finding Davidson not guilty. *See* Exhibit B. In Count Two, the jury found Davidson guilty of misdemeanor

4

battery. Thus, as Davidson's state lawyers claim, the not guilty verdict in Count One (when the jurors clearly considered the lesser included offense of Battery) is inconsistent with the guilty verdict in Count Two.

10. Because the issue of Davidson's guilt in the state court case is currently being litigated in the Florida appellate courts, the undersigned would request that this Court continue the final revocation hearing until the Sixth District Court of Appeal renders its decision in the case. The appeal has been docketed in the Sixth District Court of Appeal and has been given case number: 6D2024-1245. *See* Exhibits I & J, New Case Acknowledgement and Docket Sheet. Given the fact this is the only alleged violation in this case, the decision of the Florida appellate court will necessarily have an enormous impact on the alleged conduct in the violation petition in the above case. If this Court finds that Davidson is in violation of his supervised release, and then the Florida appellate court reverses Davidson's conviction, he will have lost the opportunity to argue that this Court's decision to find him in violation of supervised release was incorrect.

11. Finally, alternatively, if this Honorable Court decides to move forward with the violation hearing in the instant case, the undersigned, for the same reasons above, would request that this Court delay sentencing in the instant case until after the Sixth District Court of Appeals renders its decision in the instant case.

12. That the Government has been contacted and objects to the relief sought by this motion.

WHEREFORE, Defendant Jaime Davidson requests that this Honorable Court stay the final revocation hearing or, in the alternative, delay sentencing in the instant case until after the Florida Sixth District Court of Appeals renders its decision in the related state case.

Respectfully submitted,

A. Fitzgerald Hall, Esq.
Federal Defender, MDFL

*/s/ James T. Skuthan*
James T. Skuthan, Esq.
First Assistant Federal Defender
Florida Bar Number 0544124
201 South Orange Avenue, Ste 300
Orlando, Florida 32801
Telephone: 407-648-6338
Fax: 407-648-6095
E-Mail: jim_skuthan@fd.org

## CERTIFICATE OF SERVICE

I Hereby Certify that undersigned electronically filed the foregoing with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to the following: Adam Joseph Nate, Assistant United States Attorney, this the 22nd day of July 2024.

*/s/ James T. Skuthan*
Attorney for Defendant
